UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
ERIC F. MOLNAR                       :

     v.                              :   CASE NO. 3:03CV813 (AWT)

BENJAMIN DOERFLER, CRAIG              :
FOURNIER, MICHAEL SHANLEY,
SHEILA MOLNAR, WILLIAM PERRY,        :
DAVID SCHNEIDER, and KAHN
```

## JUDGMENT

This action came on for consideration of the defendants motions to dismiss and renewed motion for summary judgment, before the Honorable Alvin W. Thompson, United States District Judge.

The court considered the full record of the case including applicable principles of law.  The court granted the motion to dismiss the claims against the defendants Sheila Molnar, William Perry, David Schneider and Kahn for failure to serve them with a copy of the summons and amended complaint.

The renewed motion for summary judgment was granted with respect to the claim for a violation of the plaintiff's Fourth Amendment right to be free from the use of excessive force.

The plaintiff is given until June 1, 2007, to file an amendment to his Eighth Amendment claim for cruel and unusual punishment, and his Fourteenth Amendment claim for denial of equal protection of the laws, and the defendants were given until June 22, 2007, to file any motion addressing these claims.

Accordingly, it is therefore ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants without prejudice to the filing of an amended complaint no later than June 1, 2007.  The Clerk shall close this case.

Dated at Hartford, Connecticut, this 8th day of May, 2007.

                                    KEVIN F. ROWE, Clerk

                            By    /s/ SLS
                                  Sandra Smith
                                  Deputy Clerk